IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHARON MARTIN | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:21-cv-02608 |
| | § | |
| AMGUARD INSURANCE COMPANY | § | |
| AND CLEVE TRYON | § | |

**AmGuard's Certificate of Notice of Filing**

The undersigned attorney of record for AmGuard Insurance Company ("Defendant") in the above-entitled and numbered cause, hereby certifies that on August 11, 2021, a copy of AmGuard's Notice of Removal in this action was filed with the Clerk of the 333rd Judicial District Court of Harris County, Texas, in Cause No. 2021-39940, and that written notice of filing of AmGuard's Notice of Removal was served on attorneys of record for all parties.

Respectfully submitted,

By:___*/s/ Christopher W. Martin*_____
Christopher W. Martin
State Bar No. 13057620
Federal Id. No. 13515
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas  77002
Email: martin@mdjwlaw.com
Telephone:  (713) 632-1700
Facsimile:  (713) 222-0101

**ATTORNEYS FOR DEFENDANT,
AMGUARD INSURANCE COMPANY**

<u>Of Counsel:</u>
Jamie P. Cooper
State Bar No. 24027603
Federal Id. No. 34510
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
1100 Northwest Loop, Suite 738
Castle Hills, Texas 78213
Telephone: (214) 420-5500
Facsimile: (214) 420-5501
E-Mail:  cooper@mdjwlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a true and correct copy of **AmGuard's Certificate of Notice of Filing** has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure, by CM/ECF filing, on this the 11th day of August 2021:

> Matthew Zarghouni
> State Bar No. 24086085
> 3900 Essex Lane, Ste 1011
> Houston, Texas 77027
> Office: (346) 980-6600
> Fax: (281) 888-3150
> Matt@zar-law.com
> **ATTORNEY FOR PLAINTIFF**
>
> KRISTIE E. JOHNSON
> Texas Bar No. 24038382
> 909 Fannin, Suite 3300
> Houston, Texas 77010
> (713) 353-2000 – Telephone
> (713) 785-7780 – Facsimile
> Kristie.Johnson@wilsonelser.com
> **ATTORNEY FOR DEFENDANT CLEVE TRYON**

By:  <u>/s/ Jamie Cooper</u>
**Jamie Cooper**